Ingraham, J.
Since this motion was argued, I have come to the conclusion that the interests of the parties require an immediate decision, and in consequence of the limited time at my disposal, I will simply state the conclusions at which I have arrived. The defendants have made a strong appeal to the court that as an appeal has been taken from the judgment in the action against The Xorth River :Sugar Refining Company, in which the plaintiff was appointed receiver, and as that appeal will probably be determined within a short period, no injunction should be granted against the defendants until the determination of the appeal. Iu view •of the unequivocal denial of the allegation in the moving papers, that the defendants are about to convey or dispose of the property of the copartnership, and of the undoubted ■responsibility of the defendants, I think this application for an injunction should be postponed until the decision of that ■appeal.
On the facts presented by the moving papers, and the information that had been communicated to the receiver, it was clearly his duty to present the facts to the court and ■make this application ; but as the truth of the information upon which the receiver has acted is denied, and as I do not •see that any harm can be done by allowing this application to stand over until the decision of the appeal, the motion ■for injunction will be denied, with leave to the plaintiff to ■renew the same at any time, upon his ascertaining any facts that would indicate an intent by any of the defendants to transfer any of the property held by them under the agreement set up in the complaint, and with leave to renew the application upon the same or additional facts, immediately upon the decision of the general term, on the appeal from the judgment in the action of People v. Xorth River Sugar defining Go., if the judgment in that action should be ■affirmed.
*317 LAW LITERATURE OF TRUST COMBINATIONS, MONOPOLIES, ETC.
I am indebted to W. H. Winters, Esq., of New York Law Institute Library, for the following valuable collection of the titles of recent decisions and papers on the subject of Trusts. It contains publications-of the following classes:
I. Law Books and Law Articles on Trust Combinations.
II. Articles on Competition and Combination.
HI. Miscellaneous Trusts.
IV. Newspaper and General Magazine Articles.
V. History and Law of Monopolies.
VI. Consolidation of Corporations; Amalgamation of Companies.
VII. Forfeiture of Corporate Charters; Corporation Ultra ViresContracts ; Corporations entering into Partnership.
VIII. Pamphlet Literature of “Trusts.”
IX. Reports of Proceedings of Societies, etc.
X. Papers and Law Briefs in the Sugar Trust Cases, etc.
XI. Recent Law Cases relating to “ Trust” Combinations.
XII. Legislative Bills as to “Trusts.”
XIII. Legislative Enactments against “ Trusts.”
XIV. Parliamentary, Congressional and Legislative Reports in relation to Trade Combinations, etc.
Cook (W. W.). Trusts; the recent Combinations in Trade. Second ed. 8vo. New York, 1888. (113 pp.)
Abbott (Austin). 32 Daily Reg. (1887) 812; 34 Id. (1888) 484, 572. Beach (C. F., Jr.). 3 Railw. & Corp. L. J. (1888) 217-21. '
Dwight (Theo. W.). 3 Pol. Sci. Quar. (1888) 592-632; 28 Centr. L. Jour. (1889) 29.
Heinsheimer (N.). 2 Columbia L. Times (1888) 51-58; 4 PoL Sci... Quar. (1889) 190-3.
Mickey (D. M.). 22 Amer. L. Rev. (1888) 538-549; 20 Week. L. Bulk (1888) 159-165.
Ross (Geo. W.). 10 Chic. Law Jour. (1889) 112, 144.
Stimson (F. J.). 1 Harvard Law Rev. (1887) 132-143.
Uhle (J. B.). Amer. L. Reg. N. S. Legal Mise., Sept. No. 1888, pp. v, vi.
*318 11 London Law Mag. (1834) 143-180; 51 London Law Times (1871) 81; 3 Albany L. Jour. (1871) 405-6 ; 2 Andover Rev. (1885) 455 ; 20 Amer. L. Rev. (1886) 194-2; 21 Irish Law Times (1887) 499, 616, 526; 4 Railw. & Corp. L. J. (1888) 145, 241; 20 Week. L. Bull. (1888) 320, 321; 5 Railw. & Corp. L. Jour. (1889) 20-24; 6 Railw. & Corporation L. Jour. (1889) 121-124; 24 Lon. Law Jour. (1889) 430-431; 2 N. Y. Law Jour. (1889) 1071.
Modern Competition.—62 Frazer Mag. 767.
The Limits of Competition.—John B. Clark, 2 Pol. Sci. Quar. (1887) 45-61.
The Persistence of Competition.—F. H. Giddings, 2 Pol. Sci. Quar. (1887) 62-78. '
Conspiracy or Business-like Selfishness.—23 Lon. Law Jour. (1888, 513, 514; 30 Solicitors’ Jour. (1886) 197-198; London Law Times, Aug. 18, 1888.
Statutory Enactments against “Trusts.”—28 Central L. Jour. (1889) 633, 534.
The So-Called “ Trusts.’’—21 Amer. L. Rev. (1887) 976-979.
Cost-Book Mining Companies.—11 County Ct. Chron. 50; 10 Law Rep. Q. B. (1874) 7.
Share Trusts.—70 London Law Times (1880) 94, 95.
Stock Trusts for the Control of Corporations.—Austin Abbott’s Note of Cases, 19 Abb. N. 0. (1888) 448-466.
Car Trust Securities.—8 Amer. Bar Assoc. Rep. (1885) 277-322 ; 140 Mass. Rep. (1886) 346.
Bugaboo of Trusts.—33. Wood, 5 Forum (1888) 584 ; A. Carnegie, 148 N. A. Rev. (1889) 141.
Combination; is it a Crime ?—A. Morgan, 33 Pop. Sci. Mo. (1888) 42.
Competition and the Trust.—G. lies, 34 Pop. Sci. Mo. (1889) 619.
Dangerous Trusts.—W. M. Rapsheys, 146 N. A. Rev. (1888) 509-514.
Development of the Whiskey Trust.—J. W. Jenks, 4 Pol. Sci. Quar. (1889) 296-319.
Difference in Trusts.—5 Railw. & Corp. L. Jour. (1889) 455-6 ; Amer. Grocer, March 27, 1889.
Economic and Social Aspect of Trusts.—Geo. Gunton, 3 Pol. Sci. Quar. (1-888) 385-408.
Economic Effects of Combinations.—Age of Steel, Jan. 5, 1889.
Pacts about Trusts.—Chas. F. Beach, Jr., 8 Forum (1889) 61-72.
History of Trusts.—Jas. F. Minturn, 3 Belford’s Mag. (1889) 61-66.
List of the Syndicates of the World.—Handel’s Museum, 1888, Wien, Austria.
Lords of Industry (The).—H. D. Lloyd, June No. 1882, No. Am. Rev. Morality of Trusts.—66 Sat. Review (1888) 609.
*319 Public Business Management.—A. T. Hadley, 3 Pol. Sci. Quar. (1888) 572-591.
Railroad Trust (A).—5 Railw. & Corp. L. J. (1889) 165; 6 Id. (1889) 61, 101, 201.
Syndicates, Trusts and Corners.—E. M. Clerke, 21 Dublin Bev. (1889) 358-377; 6 Chambers’ Jour. (1889) 33.
The Monopoly Trust.—London R. W. News, Feb. 18, 1888; 3 Railw. & Corp. L. J. (1888) 315-317.
Trusts according to Official Investigation.—E. B. Andrews, 3 Quar. Jour, of Econ. (1889) 117-152.
Trusts in America.—61 London Spectator (1888) 1253 ; Dec. No. 1888, Lipp. Mag.
Voting Trust (A).-—5 Railw. & Corp. L. J. (1889) 597.
What shall be done with Trusts.—M. I. Swift, 10 Andover Rev. (1888) 109; Pamphlet Reprint, 18 pp.
The Law Defied.—N. T. Daily Times, Nov. 21, 1887.
The Foes of Competition.—N. Y. Daily Times, Feb. 20, Feb. 27, Mar. 19, 1888; N. Y. Daily World, Feb. 21, 1888.
The Gas Trust in Chicago.—N. Y. Daily Times, Jan. 4, 1888; 5 R. W. & Corp. L. Jour. 536.
Frenzy for Trusts.—N. Y. Evening Sun, June 27, 1889.
A Tyrant Trust.—N. Y. Evening World, June 28, 1889.
Monopolies and Combinations.—Bruce (E. 0.), 35 Lippincott Mag. 443; Godson (Richard), Law of Patents, (1st ed.) pp. 42; Hadley (A. T.), 1 Quar. J. of Econ. 28; Hess (J. S.), 30 Ref. Quar. Rev. 450; Hudson (J. F.), 144 No. Amer. Rev. 277; Stern (Simon) 2 Lalor Cyclo. of Pol. Sci. 890.
Agreements creating Monopolies.—Desty (Robt.), Note of Cases, 11 Fed. Rep. (1882) 632-4; Wharton (Fr.), Note of Cases, 11 Fed. Rep. (1882) 10-14; Smith’s Lead. Cas. Vol. 2 (5th ed.) 782-8.
Corporations and Monopolies.—E. L. Godkin, 18 Nation, 359.
Effect of Monopolies on Value.—A. L. Bolles, 117 No. Amer. Rev. 319.
Jobs in Cities.—Ferd. Seeger, Pamphlet, N. Y. 1886, 16 pp.
Monopoly in Business.—40 Mo. Rel. Mag. 202.
Municipal Ordinances Creating a Monopoly.—34 Amer. Dec. (1882) 637-8.
Remedies for the Evils of Monopolies.—8 West. Jurist (1874), 511-519.
Story of a Great Monopoly.—II. D. Lloyd, 47 Atlantic Mo. 311-317.
The Spirit of Monopoly.—3 Amer. L. Jour. N. S. (1850) 283-286.
The Telegraph Monopoly.—Richard T. Ely, N. Am. Review, July No. 1889.
Consolidation of Corporations.—Elliott (O. B.), 17 West. Jur. (1883) 345-359; Elliott (0. B.), 17 Centr. L. Jour. (1883) 382-3; 6 N. *320 J. Law Jour. (1883) 360-3 ; Freeman (A. C.), 79 Amer. Dec.. (1886) 432-8.
Amalgamation of Companies.—43 London Law Times (1867) 209-210 17 Solicitors’ Jour. (1873) 362-4.
Forfeiture of Corporate Charters.—Black (H. C.), 21 Centr. L. Jour. (1883) 432-5 ; Freeman (A. O.), 5 Amer. State Rep. (1889) 803-7 Ingersoll (0. J.), 5 Dem. Rev. 99 ; Redfield (I. F.), 13 Am. L. Reg. N. S. (1874) 185-190 ; Redfield (I. F.), 5 Am. L. Reg. N. S. (1866> 577-588.
Corporations—Ultra Vires Contracts.—Biddle (Arth.), 11 Centr. L. Jour. (1880) 81, 101 ; Holmes (O. TV., Jr.), 5 Amer. L. Rev. (1871)-272-290; Tiedemann (C. G.), 21 Centr. L. Jour. (1885) 210-213.
Corporations entering into Partnership.—3 Central L. Jour. (1876)-668-9 ; 3 No. of Cases (1888) 58-59 ; 4 No. of Cases (1889) 1-3.
Adams (Geo. IT.), The “ Trusts ” and the Civil Code. Pamphlet, New York, 1888 (8 pp.).
Brief History of the Standard Oil Trust; Its Methods and Influence. Pamphlet, New York, 1887 (23 pp.).
Standard Oil Company’s Agreement.—N. Y. World, Feb. 28, 1888 5. Cook’s Supp. pp. 78-79.
Dodd (S. O. T.), Combinations : Their Uses and Abuses ; with a History of the Standard Oil Trust. Pamphlet, New York, 1888 (46 pp.).
-Statement of Pending Legislation and its Consequences. Pamphlet, New York, 1888 (25 pp.).
--Combination and Competition: An Address delivered before the-Merchant’s Association of Boston, Jan. 8, 1889. Pamphlet, New York, 1889 (17 pp.); 5 Railw. & Corp. L. Jour. (1889) 97-100.
-Authorities on Combinations. Pamphlet, New York, 1889 (7 pp.)
Sullivan (A. S.), Address at the laying of the Corner-stone of the new building of the Consolidated Stock Exchange in New York City, Sept. 8, 1887. Stock Exch. Annual Rep. 1888, pp. 120-123.
Sumner (Wm. G.), Good sense on the Trust Question. N. Y. Independent, 1888.
Thurber (F. B.), Combination and Competition. Pamphlet, New York, 1888 (12 pp.) ; 5 Railw. & Corp. L. Jour. (1889) 20-24.
Wiman (Erastus), The Waste of Competition. Pamphlet, New York,. 1889 (8 pp.)
Report of the Speeches at the Banquet of the Merchants’ Association,. Boston, Jan. 8, 1889. Boston Journal, Jan. 9, 1889.
Report of the Addresses to the Plymouth League ; subject, “ Trusts.” Brooklyn Eagle, Feb. 7, 1889.
Proceedings of Conferences between Presidents of Railroad Lines and *321 Representatives of Banking Houses, held at New York City, Jan. 8-10, 1889. Pamphlet, New York, 1889 (96 pp.) ; 5 Railw. &" Corp. L. Jour. (1889) 54.
Proposals for Railroad Combination.—5 Railw. & Corp. L. Jour. (1889)1 165-6 ; 6 Railw. & Corp. L. J. (1889) 61, 101.
McCook’s Proposed Railroad Trust.—6 Railw. & Corp. L. J. (1889) 201-202.
Points for Petitioner in re Grant et al. on a hearing before Hon. Chab, F. Tabob, Attorney-Gen. Pamphlets, N. Y. 1888 (9, 24 pp.).-
Petitions and Answers with Opinion of the Attorney-General, Hon. Chas. F. Tabob, in the Matter of Grant et al. IT. S. House of Rep. Doc. No. 3112 (1888), pp. 200-209.
Hawes (G. P.), Argument in the Matter of the proposed Legislation relative to Trusts. Pamphlet, New York, 1883 (32 pp.).
Pryor (Roger A.), Substance of an Argument before the Legislative Committee of the State of New York. Pamphlet, New York, 1888 (14 pp.).
Case of the People v. North River Sugar Refining Co.—Brief of Hon-. Roger A. Pryor. Pamphlet, New York, 1888 (39 pp.). -Reply of Hon. Roger A. Pryor. Pamphlet, New York, 1888 (9 pp.).
-Additional Brief for Plaintiff by the Attorney-General and Roger A. Pryor. Pamphlet, New York, 1889 (42 pp.).
-Brief for Appellant by John E. Parsons. Pamphlet, New York, 1889 (18 pp.).
-Brief for Defendant by Hon. Chas. P. Daly. Pamphlet, New York, 1889 (24 pp.).
-Argument for Defendants by Jas. C. Cabtbb. Pamphlet, New York, 1889 (62 pp.); Reprint of the same. Pamphlet (67 pp.).
-Opinion of Hon. Wir. 0. Babbbit, with Briefs of Counsel. 2Si Abb. N. C. 164; s. c., 19 N. Y. State Rep. 853; 16 N. Y. Civ,. Pro. R. 1; 22 Amer. & Engl. Corp. Gas. (1889), 511-54; 5 Railw,- & Corp. L. J. (1889) 56-69 ; 3 N. Y. Suppl. (1889) 401.
-Judge Baeeett and the Newspapers. 5 Railw. & Corp. L. Jour, . (1889) 53-54.
-Opinion. General Term of the Supreme Court, p. 311 of this volV. Case of the People ®. American Cotton Oil Trust District Ct. La. 1: Railw. & Corp. L. Jour. (1887) 509.
-Supreme Ct. La. 40 La. Ann. (1888) 8. Recent Cases of “Trust” Combinations.—4 Railw. & Corp. L. J. 202,\ 238 ; 5 Id. 536 ; 6 Id. 136; 9 Supr. Ct. Rep. 553 ; 71 Amer. Dec. 681; 8 So.-West. Rep. 396 ; 15 Law. Rep. Q. B. D. 476; 21 Law.Rep. Q. B. D. 544; 101 H. S. 71; 106 N. Y. 473 ; 35 Ohio Str. *322 666; 18 Pac. Rep. 391; 1 Interstate Comm. Rep. 729; 3 Notes of Cases, 18; 3 Id. 73; 87 La. Ann. 233; 1 Interstate Comm. Rep. 503 ; 2 N. Y. Law Jour. 1071.
U. S. Senate Bill (Sherman’s) No. 3445 (1888). 22 Am. L. Rev. (1888) 927-8.
-(Oullom’s). 4 Railw. & Oorp. L. J. (1888) 241-2. New York Senate Bill, No. 77 (1888). New York Assembly Bill, No. 387 (1888). New York Assembly Bill, No. 1040 (1888). New Jersey Assembly Bill, No. 34 (1888). Dominion of Canada Bill (Wallace’s), (1885).
Iowa Laws, 1889.
Kansas Laws, 1889, Chap. 257, pp. 389-392.
Maine Laws, 1889, Chap. 266, pp. 235-236.
Missouri Laws, 1889, pp. 96-98.
North Carolina Laws, 1889, Chap. 374, pp. 372-373.
'Tennessee Laws, 1889, Chap. 250, pp. 475-476. .
Texas Laws, 1889, Chap. 117, pp. 141-142.
Dominion of Canada Laws, 1889, Chap. 41, pp. 157-158.
■Code Civil of France.
Report No. 3112, TJ. S. House of Representatives in relation to Trusts, July 30, 1888. Pamphlet, 1888 (956 pp.).
Report No. 4165, Part 1, TJ. S. House of Representatives as to Whiskey Trust, March 2, 1889. Pamphlet, 1889 (188 pp.).
Report No. 4165, Part 2, Views of the Minority. Pamphlet, 1889 (37 pp.).
Report of the Committee on General Laws on the Investigation relative to Trusts, March 6, 1888. N. Y. Senate Doc. No. 50. Pamphlet, 1888 (692 pp.).
-Majority and Minority Reports. Pamphlet, 1889. 5 Railw. & Oorp. L. Jour. (1889) 478-9.
Report of the Select Committee to the Canadian House of Commons upon Combination in Manufactures, Trade, etc., May 16, 1888. Pamphlet, 1888 (750 pp.).
-See 3 Quar. Jour, of Boon. (1889) 118-119; 4 Pol. Science Quar. (1889) 190-193.